IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | NO. 09-441 |
| ROBERT GORDON | : | |

ORDER

And now, this 28th day of July 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Robert Gordon for compassionate release under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 28) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.